SOL KANTOR, PLAINTIFF-RESPONDENT, v. NED J. PAR-
SEKIAN, ACTING DIRECTOR, *ETC.*, DEFENDANT-PETI-
TIONER.

See same case below: 72 *N. J. Super.* 588.

*Mr. Arthur J. Sills* and *Mr. Thomas F. Tansey* for the petitioner.

*Mr. Sol Kantor pro se* for the respondent.

April 30, 1962.

FRANK P. MANCINO, PLAINTIFF-PETITIONER, v. AMER-
ICAN LEASING CORPORATION, DEFENDANT-RE-
SPONDENT.

*Mr. William A. Dietrich* for the petitioner.

*Messrs. Blume & Blume* for the respondent.

April 30, 1962.